```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-cr-0095 OWW |
| v. | ORDER RE: DEFENDANT'S 404(b) MOTION |
| FIDENCIO S. PIEDRA, | |
| Defendant. | |

This matter came before the Court on the defendant's motion in limine to receive notice of Rule 404(b) evidence filed February 13, 2009. The government having indicated that it does not have any Rule 404(b) evidence regarding the defendant,

IT IS HEREBY ORDERED that the defendant's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   February 24, 2009**         <u>    /s/ Oliver W. Wanger    </u>
                                              UNITED STATES DISTRICT JUDGE

1