LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0095 OWW |
| | ) | |
| | ) | ORDER RE: GOVERNMENT'S |
| | ) | MOTION FOR PRETRIAL |
| | ) | AUTHENTICATION HEARING |
| | ) | AND REQUEST FOR ORDER AUTHORIZING |
| | ) | ADMISSIBILITY OF AUDIO RECORDINGS |
| | ) | AND TRANSCRIPTS |
| v. | ) | |
| | ) | |
| | ) | |
| FIDENCIO S. PIEDRA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court on the Government's Motion for Pretrial Authentication Hearing and Request for Order Authorizing Admissibility of Audio Recordings and Transcripts filed February 13, 2009.  The parties having stipulated to the authenticity, accuracy, and admissibility of the recordings and transcripts relating to DEA Exhibits N-1 through N-4, which will be marked as Government Trial Exhibits 1-a, 1-a-1, 1-b, 1-b-1, 1-c, 1-c-1, 1-d, and 1-d-1,

1

1        IT IS HEREBY ORDERED that the foregoing exhibits will be

2   admissible if offered at the trial in this matter.

3

    IT IS SO ORDERED.

4

    **Dated:    February 24, 2009           /s/ Oliver W. Wanger**

5                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28