```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) 1:07-cr-0095 OWW
                                 )
12                               ) ORDER RE: GOVERNMENT'S
                                 ) MOTIONS IN LIMINE REGARDING
13            v.                 ) IMPEACHABILITY OF GOVERNMENT
                                 ) WITNESS
14                               )
                                 )
15                               )
    FIDENCIO S. PIEDRA,          )
16                               )
                 Defendant.      )
17  _____)
```

18        This matter came before the Court on the government's motion
19   in limine to exclude impeachment of government witness submitted
20   to the Court and defense on February 13, 2009, and filed under
21   seal the same day, as well as the defendant's motion to preclude
22   use of a police officer's statement work on the case filed under
23   seal on February 13, 2009.  Supplemental legal authority was also
24   submitted by the government under seal on February 17.  The Court
25   having read the pleadings and having considered the arguments of
26   counsel,
27        IT IS HEREBY ORDERED that the government's motion is granted
28
                                    1

and the defendant's motion is denied without prejudice.  The defendant's motion may be renewed upon the presentation of credible information bearing on the credibility of the officer. In the event that the defense proffers such information to the Court and the government, examination of the officer will be conducted on March 9 at 3:30 p.m. in this Court.

IT IS SO ORDERED.

**Dated:   February 24, 2009**             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE