LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-0095 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER RE: GOVERNMENT'S RENEWED MOTION FOR RECIPROCAL DISCOVERY AND REQUEST FOR PRECLUSION ORDER |
| v. | ) | |
| FIDENCIO PIEDRA, | ) | |
| Defendant. | ) | |

   This matter came before the Court on the Government's Renewed Motion for Reciprocal Discovery and Request for Preclusion order filed February 13, 2009.  The Court having read the pleading and the parties having agreed that the government has not received any reciprocal discovery from the defense,

   IT IS HEREBY ORDERED that the government's motion for reciprocal is granted.  Further, preclusion may be considered pursuant to Fed.R.Crim.P. 16(d)(2) should the defense offer into evidence information subject to reciprocal discovery.

IT IS SO ORDERED.

**Dated:   February 24, 2009**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

1