IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:07-CR-00095 OWW |
| vs. | ) | ORDER OF RELEASE |
| FIDENCIO PIEDRA SOLORZANO, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on May 26, 2009,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: May 26, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1